**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TAMARA JEAN FARRELL-SHANLEY,<br>an individual,<br><br>Plaintiff,<br>vs.<br><br>BURLINGTON COAT FACTORY<br>WAREHOUSE CORPORATION,<br>a Florida Corporation,<br><br>and<br><br>SOUTHLAKE SDC, LLC,<br>a Delaware Limited Liability Company,<br><br>Defendants.<br>_____/ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CASE NO.: 1:21-cv-00986-SDG |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants, file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently finalizing the language of their agreement and anticipate filing a joint stipulation for dismissal within twenty (20) days. The parties further request that all hearings and deadlines be adjourned.

Dated: May 20, 2021

Respectfully submitted,

/s/ John A. Moore
John A. Moore, Esq.
Georgia Bar No: 519792
The Moore Law Group, LLC
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
Tel: (678) 288-5601
Fax: (888) 553-0071
jmoore@moorelawllc.com

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Katherine M. Silverman
Katherine M. Silverman
Charles H. Van Horn
Georgia Bar No. 724710
Katherine M. Silverman
Georgia Bar No. 395741
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, N.E.
Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 261-7711
Email: cvanhorn@bfvlaw.com
Email: ksilverman@bfvlaw.com

*Attorneys for Defendant Burlington
Coat Factory Warehouse Corporation*

/s/Kimberly B. Reeves
Kimberly B. Reeves
Georgia Bar No. 333419
Anne P. Caiola
Georgia Bar No. 142639
CAIOLA & ROSE, LLC
125 Clairemont Ave., Suite 240
Decatur, GA 30030
470-300-1020 phone
Email: annie@caiolarose.com
Email: kimberly@caiolarose.com

*Attorneys for Defendant Southlake SDC,
LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of May, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ John A. Moore
John A. Moore, Esq.