<div align="center">

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

</div>

| | |
|---|---|
| TAMARA JEAN FARRELL-SHANLEY, ) <br> an individual,                         ) <br>                                           ) <br>            Plaintiff,                     ) <br> vs.                                       ) <br>                                           ) <br> BURLINGTON COAT FACTORY    ) <br> WAREHOUSE CORPORATION, ) <br> a Florida Corporation,              ) <br>                                           ) <br> and                                       ) <br>                                           ) <br> SOUTHLAKE SDC, LLC,           ) <br> a Delaware Limited Liability Company, ) <br>                                           ) <br>            Defendants.                 ) <br> _____/ ) | CASE NO.: 1:21-cv-00986-SDG |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties pursuant to their Settlement Agreement, each party shall bear its respective fees and costs.

Dated: May 28, 2021

/s/ John A. Moore                         /s/ Katherine M. Silverman
John A. Moore, Esq.                      Katherine M. Silverman
Georgia Bar No: 519792              Charles H. Van Horn

1

<div style="display: flex;">

The Moore Law Group, LLC
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
Tel: (678) 288-5601
Fax: (888) 553-0071
jmoore@moorelawllc.com

*Attorneys for Plaintiff*

Georgia Bar No. 724710
Katherine M. Silverman
Georgia Bar No. 395741
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, N.E.
Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 261-7711
Email: cvanhorn@bfvlaw.com
Email: ksilverman@bfvlaw.com

*Attorneys for Defendant Burlington Coat Factory Warehouse Corporation*

</div>

/s/Kimberly B. Reeves
Kimberly B. Reeves
Georgia Bar No. 333419
Anne P. Caiola
Georgia Bar No. 142639
CAIOLA & ROSE, LLC
125 Clairemont Ave., Suite 240
Decatur, GA 30030
470-300-1020 phone
Email: annie@caiolarose.com
Email: kimberly@caiolarose.com

*Attorneys for Defendant Southlake SDC, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of May, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ John A. Moore
John A. Moore, Esq.